Nancy Marie **HELDRETH**,
Plaintiff–Appellant,

v.

**ALLSTATE INSURANCE COMPANY**,
Defendant–Appellee,

and

**Larry Morgan, Individually and as an agent of Allstate Insurance Company, Defendant.**

No. 01–2231.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2002.

Decided Feb. 14, 2002.

Nancy Marie Heldreth, Pro Se. Brent Karleton Kesner, Kesner, Kesner & Bramble, Charleston, West Virginia, for Appellee.

Before WIDENER, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Nancy Marie Heldreth appeals from the district court's order awarding partial summary judgment to Allstate Insurance Company in this civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Heldreth v. Allstate Ins. Co.*, No. CA-99-156 (N.D.W.Va. Aug. 30, 2001). We deny Heldreth's motion to prevent removal of abandoned property and to prevent Monangalia County from assessing a monetary penalty. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*